**UNITED STATES of America, Respondent–Appellee,**

v.

**Vaden Lee WILLIAMS, Petitioner–Appellant.**

No. 02–6022.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2002.

Decided June 17, 2002.

Vaden Lee Williams, Appellant Pro Se.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vaden Lee Williams appeals the district court's order denying his petition to modify the terms of his supervised release pursuant to 18 U.S.C.A. § 3583(e)(1) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Williams,* No. CR–91–70 (E.D.Va. Nov. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*